In the Matter of the Application of STANLEY L. SMITH and Another, Appellants, for a Peremptory Mandamus Order against THE MIDDLE WEST GAS AND ELECTRIC COMPANY and Another, Respondents.

STANLEY L. SMITH and Others, Appellants, *v.* THE MIDDLE WEST GAS AND ELECTRIC COMPANY and Others, Respondents.

*Conflict of laws — foreign court has assumed jurisdiction of subject-matter — motion by plaintiffs for inspection of directors' minutes, etc., properly denied — motion for injunction pendente lite properly denied.*

Appeal by petitioners from so much of an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office May 20, 1924, as denies their motion to inspect the directors' minutes, books of account and all other corporate books, contracts and records of the Middle West Gas and Electric Company. Appeal by plaintiffs from an order, entered May 22, 1924, denying their motion for an injunction *pendente lite.*

PER CURIAM: Since the courts of the domiciliary State of the corporation have taken jurisdiction with respect to the subject-matter of the controversy upon the merits, we conclude that the orders appealed from denying any relief in the courts of this State should be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. On first appeal: Order so far as appealed from affirmed, with ten dollars costs and disbursements. On second appeal: Order affirmed, with ten dollars costs and disbursements.